UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY BANKS,

    Plaintiff,

v.

    Case No.: 1:12-cv-1355

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 19). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is REVERSED and this matter is REMANDED for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment will be entered consistent with this remand order.

Dated: February 21, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge