UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY BANKS,

       Plaintiff,

Case No. 1:12-cv-1355

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant,
_____/

## **JUDGMENT**

JUDGMENT is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Date: February 21, 2014             /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District