UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY BANKS,

       Plaintiff,

v.

       Case No. 1:12-cv-1355

COMMISSIONER OF
SOCIAL SECURITY,

       HONORABLE PAUL L. MALONEY

       Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $4,343.75.

Date:  October 8, 2014

       /s/ Paul L. Maloney
       Paul L. Maloney
       Chief United States District